**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

Stephanie Torbert,

Plaintiff,

v.

Minneapolis Park and Recreation Board,
a political subdivision,

Defendant.

Case Type: Employment
Court File No. 01-CV-875 RHK/JMM

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

---

Defendant Minneapolis Park & Recreation Board ("MPRB") and Plaintiff Stephanie Torbert, by and through their undersigned counsel, hereby stipulate to provide the Defendant a thirty-day extension to serve and file an Answer to the Summons and Complaint.

Date: 06-07-01

RICE, MICHELS & JOHNSON LLP

By ______________________
Ann E. Walther
Attorney Registration No. 021369X
James P. Michels
Attorney Registration No. 168749
10 Second Street Northeast, Suite 206
Minneapolis, MN 55413
(612) 676-2300

ATTORNEYS FOR DEFENDANT
MINNEAPOLIS PARK & RECREATON
BOARD

FILED JUN -8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Date: 6/7/01

JOHN A. KLASSEN, P.A.

By ______________________

John A. Klassen
Attorney Registration No. 24434X
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
(612) 204-4533

ATTORNEY FOR THE PLAINTIFF

ORDER

Pursuant to the stipulation of the parties, the Defendant is granted a thirty-day extension to serve and file its Answer to the Summons and Complaint.

Dated: 6/5/01

By the Court:

Magistrate Judge John M. Mason