UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHANIE TORBERT,

Plaintiff,

v.

MINNEAPOLIS PARK AND RECREATION BOARD,

Defendant.

CIVIL NO. 01-875 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: June 8, 2001

JOHN M. MASON
United States Magistrate Judge

Filed JUN - 8 2001
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

Stephanie Torbert

vs. 01-875RHK/SRN

Minneapolis Park & Recreation Board

The above matter has been re-assigned to Magistrate Judge Susan R. Nelson pursuant to a Recusal Order by Magistrate Judge Mason. Please note the change in Magistrate Judge's initials and refer to them when submitting documents to the court in the future. Judge Kyle remains the same.