UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHANIE TORBERT,

Plaintiff,

vs CV 01-875 RHK/SRN

CITY OF MINNEAPOLIS,
MINNEAPOLIS PARK AND RECREATION
BOARD, a political subdivision,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 13, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

JUL 13 2001
ED
HARD D. SLETTEN, CLERK
JDGMENT ENTD
DEPUTY CLERK